IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0521
 ((((((((((((((((

 In Re Guardianship Of Kathryn Houseworth Gibbs, An Incapacitated Person

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate, filed on September 4, 2008, is granted,
and this case is ABATED to allow the parties to proceed with settlement
negotiations.
 2. This case is removed from the Court's active docket until
October 15, 2008, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 12th day of September, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk